# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL WILKINS,

               Petitioner

         v.

DEPARTMENT OF CORRECTIONS,
MR. M. HOUSER SUPERINTENDENT
OF SCI BENNER, MICHELLE HENRY
ATTORNEY GENERAL,

           Respondents

: No. 32 WM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of October, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus, the "Petition Seeking Order of Default," and the "Motion Requesting ROR Bail" are DENIED.